David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Attorneys for Plaintiff,
BLANCA WELCH

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BLANCA WELCH,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF THE WEST; FORD MOTOR CREDIT D/B/A FMC OMAHA SERVICE CTR; BANK OF AMERICA, N.A.; NATIONSTAR MORTGAGE LLC; EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendant(s). | Case No.: **2:17-cv-01902-APG-PAL**<br><br>**NOTICE OF SETTLEMENT BETWEEN BLANCA WELCH AND NATIONSTAR MORTGAGE LLC** |

**NOTICE IS HERBY GIVEN** that the dispute between BLANCA WELCH ("Plaintiff") and Defendant NATIONSTAR MORTGAGE LLC ("NATIONSTAR") has been resolved on an individual basis. The parties anticipate filing a Stipulation for Dismissal of the Action as to the named Plaintiff's claims against NATIONSTAR, with Prejudice, within 60 days. Plaintiff requests that all

pending dates and filing requirements as to NATIONSTAR be vacated and that the Court set a deadline sixty (60) from present for filing a Dismissal as to NATIONSTAR.

Dated:  August 29, 2017

/s/ David H. Krieger, Esq.
David H. Krieger, Esq.

Attorneys for Plaintiff
***BLANCA WELCH***

**IT IS ORDERED** that Plaintiff shall have until **October 30, 2017**, to either file a notice of voluntary dismissal as to Nationstar Mortgage, LLC, or to file a status report advising when the notice of voluntary dismissal will be received.

Dated: August 29, 2017

Peggy A. Leen
United States Magistrate Judge