David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Attorneys for Plaintiff,
BLANCA WELCH

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BLANCA WELCH,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF THE WEST; FORD MOTOR CREDIT D/B/A FMC OMAHA SERVICE CTR; BANK OF AMERICA, N.A.; NATIONSTAR MORTGAGE LLC; EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendant(s). | Case No.: **2:17-cv-01902-APG-PAL**<br><br>**NOTICE OF SETTLEMENT BETWEEN BLANCA WELCH AND <u>BANK OF AMERICA, N.A.</u>** |

**NOTICE IS HERBY GIVEN** that the dispute between BLANCA WELCH ("Plaintiff") and Defendant BANK OF AMERICA, N.A. ("BOA") has been resolved on an individual basis. The parties anticipate filing a Stipulation for Dismissal of the Action as to the named Plaintiff's claims against BOA, with Prejudice, within 60 days. Plaintiff requests that all pending dates and filing

requirements as to BOA be vacated and that the Court set a deadline sixty (60)

from present for filing a Dismissal as to BOA.

    Dated: October 18, 2017

                                     /s/ David H. Krieger, Esq.
                                     David H. Krieger, Esq.

                                     Attorneys for Plaintiff
                                     ***BLANCA WELCH***

    **IT IS ORDERED** that plaintiff shall have until **December 18, 2017**, to either file a notice of voluntary dismissal as to Bank of America, N.A., or to file a status report advising when the notice of voluntary dismissal will be filed.

    Dated: October 18, 2017

                                       Peggy A. Leen
                                     United States Magistrate Judge